UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sonya Murphy<br><br>    Plaintiff,<br><br>v.<br><br>Law Office of Michael J. Torchalski, P.C.<br><br>    Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## **PARTIES**

1. Plaintiff, Sonya Murphy, ("Sonya"), is a natural person who resided in Lombard, Illinois, at all times relevant to this action.

2. Defendant, The Law Office of Michael J. Torchalski, P.C., ("LOMJT"), is an Illinois Professional Corporation that maintained its principal place of business in Crystal Lake, Illinois, at all times relevant to this action.

## **JURISDICTION AND VENUE**

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## **STATEMENT OF FACTS**

5. At all times relevant to this action, LOMJT collected consumer debts.

6. LOMJT regularly uses instrumentalities of interstate commerce and the mails to collect consumer debts owed or due or asserted to be owed or due another.

7. LOMJT is a "debt collector" that regularly collects consumer debt as defined by 15 U.S.C. §1692a(6).

8. As described, *infra*, LOMJT contacted Sonya to collect a debt that was incurred primarily for personal, family, or household purposes.

9. This alleged obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

10. Sonya is a "consumer" as defined by 15 U.S.C. §1692a(3).

11. Around the summer of 2013, LOMJT began sending written communications to Sonya at Sonya's place of employment in connection with the collection of the debt.

12. Sonya spoke with LOMJT, provided LOMJT with an address and requested LOMJT send all written communications to such address.

13. Despite this request, LOMJT continued to send written communications to Sonya at Sonya's place of employment.

14. Around the fall of 2013, Sonya spoke with LOMJT and advised LOMJT that Sonya's employment would be terminated if LOMJT continued to send written communications to Sonya's place of employment.

15. In addition, Sonya advised LOMJT that Sonya's employer already issued verbal warnings regarding the written communications sent to Sonya's place of employment.

16. On at least three occasions, Sonya notified LOMJT of Sonya's employment being in jeopardy due to LOMJT ignoring Sonya's request.

17. Sonya's employer terminated Sonya's employment in March 2014.

18. LOMJT continued to send written communications to Sonya's former place of employment after Sonya was terminated.

19. LOMJT caused Sonya to be terminated from Sonya's job.

20. LOMJT caused Sonya emotional distress.

21. LOMJT attempted to collect a debt from Sonya.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

22. Plaintiff re-alleges and incorporates by reference Paragraphs 11 through 21 above as if fully set forth herein.

23. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

24. Plaintiff re-alleges and incorporates by reference Paragraphs 11 through 21 above as if fully set forth herein.

25. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to collect the debt.

## JURY DEMAND

26. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

                                                        RESPECTFULLY SUBMITTED,

                                                        Hyslip & Taylor, LLC, LPA

                                                        By: /s/ David M. Menditto
                                                        One of Plaintiff's Attorneys

Date: January 27, 2015

David M. Menditto, Esq.
1100 W. Cermak Rd., Suite B410
Chicago, IL 60608
Phone: 312-380-6110
Fax: 312-361-3509
Email: DavidM@fairdebt411.com